# MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Magistrate Judge Michael E. Hegarty

DATE: August 16, 2013

RE: *MS Pacific Co., LTD v. Sportex, Inc.,* **12-cv-02316-RM-MEH**

    ____ Settlement negotiations were held on this date, and no settlement has been reached as to any claims in this action.

    _X_ A settlement conference was held on August 15, 2013, and a settlement was reached as to

        _X_ All claims in this action. The parties shall file a stipulated motion to dismiss on or before October 4, 2013, after the October 1, 2013 obligation is met.

        ____ Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before September __, 2013.

Settlement conference and preparation time involved: 6 hours 15 minutes.

    _X_ A record was made     ____ No record was made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

    ____ Supplemental settlement negotiations were held in the above-captioned case, including telephone and e-mail discussions, since the initial conference.

Negotiation time involved: __ hours __ minutes.