**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

**Civil case no. 12-cv-02316-RM-MEH**

MS PACIFIC CO., LTD.,

      Plaintiff,

v.

SPORTEX, INC.,

      Defendant.

---

### ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE

---

The Court, having reviewed the Joint Stipulation for Voluntary Dismissal With

Prejudice (ECF No. 37) and being fully advised, hereby ORDERS as follows:

The above-captioned matter is DISMISSED WITH PREJUDICE.

DATED this 31st day of October, 2013.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge