IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.   12-cv-02316-RM-MEH** | **FTR – Courtroom A501** |
| **Date:**     March 21, 2014 | Cathy Pearson, Courtroom Deputy |
| | |
| MS PACIFIC CO., LTD., | Michael Zachary Bluestone |
| Plaintiff, | |
| v. | |
| SPORTEX, INC., | William B. Hayes, III |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**Court in session:**     9:51 a.m.

The Court calls case.   Appearances of counsel by telephone.

Discussion held regarding the status of the case and Plaintiff's Motion to Reopen Case, Approve the Filing of Confession of Judgment, and Enter Confession of Judgment (Doc. 39, filed 1/15/14).

**ORDERED:**  Plaintiff's Motion to Reopen Case, Approve the Filing of Confession of Judgment, and Enter Confession of Judgment (Doc. 39, filed 1/15/14) is GRANTED.  **The Clerk of the Court is directed to accept for filing the Confession of Judgment (Doc. 39-3, filed 1/15/14) and enter judgment in this case.**

Discussion held regarding *ex parte* communications with the Court.

**Court in recess:**     9:57 a.m.      (Hearing concluded)
Total time in court:    0:06

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.