IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02316-RM-MEH

MS PACIFIC CO., LTD,

    Plaintiff,

v.

SPORTEX, INC.,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Courtroom Minutes/Minute Order of Magistrate Judge Michael E. Hegarty [Doc. No. 44, filed March 21, 2014], it is

ORDERED that Plaintiff's Motion to Reopen Case, Approve the Filing of Confession of Judgment, and Enter Confession of Judgment [Doc. No. 39, filed January 15, 2014] is GRANTED. The Clerk of Court has accepted for filing the Confession of Judgment [Doc. No. 39-3, filed January 15, 2014]. It is

FURTHER ORDERED that judgment against Defendant Sportex, Inc. and in favor of Plaintiff MS Pacific Co., LTD. Is entered in the amount of $500,000.00, less any payments made by Sportex, Inc. subsequent to the execution date of the Confession, plus post-judgment interest of 0.14 percent on this amount pursuant to U.S.C. § 1961 and any reasonable costs and attorneys' fees that Plaintiff incurs after entry of judgment

to collect the judgment.

Dated at Denver, Colorado this 28th day of March, 2014.

>FOR THE COURT:
>JEFFREY P. COLWELL, CLERK
>
>By: s/ Nicholas Richards
>
>Nicholas Richards
>Deputy Clerk